UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Melissa Jenks, Individually and
as G/N/F of Roderick Jenks

    v.                                Civil No. 09-cv-205-JD

New Hampshire Motor Speedway, Inc.,
Breann M. Thompson, and Textron, Inc.

    v.

A.B.L., Inc.

### Procedural Order

In anticipation of trial that is scheduled to begin on July 17, 2012, the court notifies the parties of the following deadlines.

Summary judgment motions, except as provided below, shall be filed on or before **March 19, 2012.**

All notices of DeBenedetto parties shall be filed on or before **March 9, 2012.**

Summary judgment motions on contribution from DeBenedetto parties shall be filed on or before **March 30, 2012.**

SO ORDERED.

                                              /s/ Joseph A. DiClerico, Jr.
                                              Joseph A. DiClerico, Jr.
                                              United States District Judge

March 1, 2012

cc:  R. Peter Decato, Esq.
     William Whitten, Esq.
     Daniel Mawhinney, Esq.
     Mark Franco, Esq.
     Christopher Parkerson, Esq.
     James Campbell, Esq.
     John Grunert, Esq.
     Michael Shalhoub, Esq.
     Neil Goldberg, Esq.
     R. Matthew Cairns, Esq.
     David Osterman, Esq.