UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Melissa Jenks, Individually and
as G/N/F of Roderick Jenks

      v.                                Civil No. 09-cv-205-JD

New Hampshire Motor Speedway, Inc.,
Breann M. Thompson, and Textron, Inc.

      v.

A.B.L., Inc.


                        Procedural Order


      Defendant Textron, Inc. intends to use the golf car at issue
in this case as evidence during trial and has requested
permission to bring the car to the courthouse.

      After reviewing the issues associated with getting the car
up to the third floor and into a courtroom, it appears that doing
so is neither feasible nor practical.  However, permission will
be granted to store the car in the courthouse garage.  There it
can be available for viewing by the jury and witnesses during
trial.

      Counsel shall contact the deputy clerk, Debbie Eastman-
Proulx, to make arrangements for delivery of the car to the

garage at an appropriate time prior to trial and for inspection of the car by the United States Marshals prior to the car being allowed into the garage.


SO ORDERED.


_____
Joseph A. DiClerico, Jr.
United States District Judge

March 2, 2012

cc:  R. Matthew Cairns, Esquire
     James M. Campbell, Esquire
     R. Peter Decato, Esquire
     Dona Feeney, Esquire
     Mark V. Franco, Esquire
     Neil A. Goldberg, Esquire
     John A.K. Grunert Esquire
     Daniel R. Mawhinney, Esquire
     David S. Osterman, Esquire
     Christopher B. Parkerson, Esquire
     Michael D. Shalhoub, Esquire
     William A. Whitten, Esquire
     United States Marshals

2