```
            UNITED STATES DISTRICT COURT FOR THE
                  DISTRICT OF NEW HAMPSHIRE
```

Melissa Jenks, Individually and
as G/N/F of Roderick Jenks

    v.                                Civil No. 09-cv-205-JD

New Hampshire Motor Speedway, Inc.,
Breann M. Thompson, and Textron, Inc.

    v.

A.B.L., Inc.


## Procedural Order

    Defendant Textron, Inc. intends to use the golf car at issue in this case as evidence during trial and has requested permission to bring the car to the courthouse.

    After reviewing the issues associated with getting the car up to the third floor and into a courtroom, it appears that doing so is neither feasible nor practical.  However, permission will be granted to store the car in the courthouse garage.  There it can be available for viewing by the jury and witnesses during trial.

    Counsel shall contact the deputy clerk, Debbie Eastman-Proulx, to make arrangements for delivery of the car to the

garage at an appropriate time prior to trial and for inspection of the car by the United States Marshals prior to the car being allowed into the garage.

SO ORDERED.

Joseph A. DiClerico, Jr.
United States District Judge

March 2, 2012

cc: R. Matthew Cairns, Esquire
James M. Campbell, Esquire
R. Peter Decato, Esquire
Dona Feeney, Esquire
Mark V. Franco, Esquire
Neil A. Goldberg, Esquire
John A.K. Grunert Esquire
Daniel R. Mawhinney, Esquire
David S. Osterman, Esquire
Christopher B. Parkerson, Esquire
Michael D. Shalhoub, Esquire
William A. Whitten, Esquire
United States Marshals