UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Melissa Jenks, Individually,
and as Guardian and Next Friend
of Roderick Jenks</u>

    v.                         Civil No. 09-cv-205-JD

<u>Textron, Inc.</u>

<u>Procedural Order</u>

The court has reviewed the Jenkses' motion for a protective order and clarification and Textron's response. It is apparent that a hearing will be necessary before trial to resolve the disagreements about the application of attorney-client privilege and the attorney work product doctrine to John Rupp's testimony.

Therefore, a hearing will be held on Monday, July 16, 2012, at 10:00 a.m. at the United States District Court, Concord, New Hampshire.

SO ORDERED.

                                        Joseph A. DiClerico, Jr.
                                        United States District Judge

July 11, 2012

cc:  R. Matthew Cairns, Esquire
     James M. Campbell, Esquire
     R. Peter Decato, Esquire
     Samantha Dowd Elliott, Esquire
     Mark V. Franco, Esquire
     Neil A. Goldberg, Esquire
     Kathleen M. Guilfoyle, Esquire
     Daniel R. Mawhinney, Esquire
     David S. Osterman, Esquire
     Christopher B. Parkerson, Esquire
     Elizabeth K. Peck, Esquire
     Michael D. Shalhoub, Esquire
     William A. Whitten, Esquire