UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Melissa Jenks, Individually,
and as Guardian and Next Friend
of Roderick Jenks

    v.                        Civil No. 09-cv-205-JD

Textron, Inc.

### Procedural Order

The court has reviewed the Jenkses' motion for a protective order and clarification and Textron's response. It is apparent that a hearing will be necessary before trial to resolve the disagreements about the application of attorney-client privilege and the attorney work product doctrine to John Rupp's testimony.

Therefore, a hearing will be held on Monday, July 16, 2012, at 10:00 a.m. at the United States District Court, Concord, New Hampshire.

SO ORDERED.

                                            Joseph A. DiClerico, Jr.
                                            United States District Judge

July 11, 2012

cc: R. Matthew Cairns, Esquire
    James M. Campbell, Esquire
    R. Peter Decato, Esquire
    Samantha Dowd Elliott, Esquire
    Mark V. Franco, Esquire
    Neil A. Goldberg, Esquire
    Kathleen M. Guilfoyle, Esquire
    Daniel R. Mawhinney, Esquire
    David S. Osterman, Esquire
    Christopher B. Parkerson, Esquire
    Elizabeth K. Peck, Esquire
    Michael D. Shalhoub, Esquire
    William A. Whitten, Esquire