```
              UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW HAMPSHIRE
```

<u>Melissa Jenks, Individually</u>
<u>and as Guardian and Next</u>
<u>Friend of Roderick Jenks</u>

   v.                                        Civil No. 09-cv-205-JD

<u>Textron, Inc.</u>

O R D E R

    Melissa Jenks alleges a product liability warning claim on behalf of her husband, Roderick Jenks, and a loss of consortium claim on her own behalf against Textron, Inc. arising out of an accident involving a golf car manufactured and sold by Textron.[1] The plaintiffs filed an assented to motion for the court to issue a ruling on objections made during the course of videotaped trial deposition of Dr. Peter K. Isquith.  The objections are resolved as follows:[2]

---

    [1]Most of the other claims, cross claims, and counterclaims in this case have been resolved either by the court or by the parties.

    [2]The court used the chart provided by the plaintiffs in their motion.

| Page | Line | Sustained | Overruled |
|------|------|-----------|-----------|
| 43 | 15-23 | X | |
| 44 | 1-23 | X | |
| 45 | 1-5 | X | |
| 45 | 18-23 | X | |
| 46 | 1-9 | X | |

Conclusion

For the foregoing reasons, the plaintiffs' assented to motion for court to rule on deposition objections (document no. 219) is granted and rulings are made as indicated above.

SO ORDERED.

_____
Joseph A. DiClerico, Jr.
United States District Judge

July 13, 2012

cc: R. Matthew Cairns, Esquire
James M. Campbell, Esquire
R. Peter Decato, Esquire
Samantha Dowd Elliott, Esquire
Mark V. Franco, Esquire
Neil A. Goldberg, Esquire
Kathleen M. Guilfoyle, Esquire
Daniel R. Mawhinney, Esquire
David S. Osterman, Esquire
Christopher B. Parkerson, Esquire
Elizabeth K. Peck, Esquire
Michael D. Shalhoub, Esquire
William A. Whitten, Esquire