UNITED STATES DISTRICT COURT FOR THE
                      DISTRICT OF NEW HAMPSHIRE


Melissa Jenks, Individually
and as Guardian and Next Friend
of Roderick Jenks

    v.                                  Civil No. 09-cv-205-JD

Textron, Inc.


                            O R D E R


    Textron, Inc. filed an assented-to motion for the court to make rulings on objections made during the course of a videotaped deposition of Gerald (Wally) Powell.  The parties have agreed to present Powell's trial testimony through the videotaped deposition.  The objections are resolved as follows, based on the chart provided in the motion:

| Page/Line | Sustain | Overruled |
|---|---|---|
| 93:8 - 96:24 | X | |
| 102:23 - 104:1 | X | |
| 109:16-21 | | X |
| 122:20-23 | | X |
| 135:24 - 140:5 | X 135:24-137:16 | X 137:17-140:5 |
| 153:10-154:10 | X | |

Conclusion

The defendant's assented-to motion for the court to rule on deposition objections (document no. 231) is granted and the rulings are made as indicated above.

SO ORDERED.

                                                  _____
                                                  Joseph A. DiClerico, Jr.
                                                  United States District Judge

July 16, 2012

cc:  R. Matthew Cairns, Esquire
     James M. Campbell, Esquire
     R. Peter Decato, Esquire
     Samantha Dowd Elliott, Esquire
     Mark V. Franco, Esquire
     Neil A. Goldberg, Esquire
     Kathleen M. Guilfoyle, Esquire
     Daniel R. Mawhinney, Esquire
     David S. Osterman, Esquire
     Christopher B. Parkerson, Esquire
     Elizabeth K. Peck, Esquire
     Michael D. Shalhoub, Esquire
     William A. Whitten, Esquire