UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| MELISSA JENKS, g/n/f of RODERICK JENKS and MELISSA JENKS, individually,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NEW HAMPSHIRE MOTOR SPEEDWAY, INC., f/k/a NEW HAMPSHIRE SPEEDWAY; BREANN M. THOMPSON; and TEXTRON INC.,<br><br>　　　　Textrons.<br><br>NEW HAMPSHIRE MOTOR SPEEDWAY, INC., f/k/a NEW HAMPSHIRE SPEEDWAY; and BREANN M. THOMPSON,<br>　　　　Third-Party Plaintiffs,<br>　　v.<br><br>A.B.L., INC.<br>　　　　Third-Party Textrons. | Civil Action No. 1:09-cv-00205-JD |

**RULE 41(a)(1)(ii) STIPULATION OF DISMISSAL AS BETWEEN
PLAINTIFFS AND TEXTRON INC.**

　　Pursuant to Federal Rule 41(a)(1)(ii), Plaintiffs and Textron Inc. stipulate that this matter be dismissed with prejudice with each party bearing their own costs and fees.

Respectfully submitted,

MELISSA JENKS G/N/F OF RODERICK JENKS
AND MELISSA JENKS, INDIVIDUALLY

By their attorneys,

Dated: November 7, 2012             By:   /s/ Daniel R. Mawhinney
                                    Daniel R. Mawhinney, Esq.
                                    Marc V. Franco, Esq.
                                    Thompson & Bowie, LLP
                                    Three Canal Plaza
                                    Portland, ME 04112-4630
                                    207-774-2500
                                    dmawhinney@thompsonbowie.com
                                    mfranco@thompsonbowie.com

Dated: November 7, 2012             By:   /s/ R. Peter Decato
                                    R. Peter Decato, Esq.
                                    Decato Law Office
                                    367 Route 120 – Unit A1 – Box 1
                                    Lebanon, NH 03766
                                    603-640-2020
                                    pdecato@decatolaw.com

                                    TEXTRON INC.
                                    By Its Attorneys

                                    GALLAGHER, CALLAHAN & GARTRELL
                                    Professional Corporation

Dated: November 7, 2012             /s/ R. Matthew Cairns
                                    R. Matthew Cairns, Esq. (#411)
                                    GALLAGHER, CALLAHAN & GARTRELL, PC
                                    214 N. Main Street
                                    Concord, NH 03302-1415
                                    Phone: (603) 228-1181
                                    Email: cairns@gcglaw.com

Dated: November 7, 2012             /s/ David S. Osterman
                                    David S. Osterman, Esq.
                                    GOLDBERG SEGALLA LLP
                                    902 Carnegie Center, Ste. 100
                                    Princeton, New Jersey 08540
                                    Phone: (609) 986-1311
                                    Email: dosterman@goldbergsegalal.com

2

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing was served this date via the Electronic Case Filing (ECF) system upon all parties.

Dated: November 7, 2012             /s/ R. Matthew Cairns
                                              R. Matthew Cairns, Esq. (#411)